| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | LAURA D. WITHERS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE REYES-DELGADO,<br><br>Defendant. | CASE NO. 1:18-MJ-00109-SAB<br><br>UNITED STATES' MOTION TO DISMISS CRIMINAL COMPLAINT PURSUANT TO FED. R. CRIM. P. 48(a) AND ORDER |

The United States, by and through its undersigned counsel, hereby moves to dismiss without prejudice the charge of Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326(a), the sole count contained in the Criminal Complaint in the interests of justice.

Dated: April 4, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

1

## **ORDER**

IT IS SO ORDERED that the sole count contained in the Criminal Complaint be dismissed without prejudice in the above-captioned matter.

IT IS SO ORDERED.

Dated: __**April 4, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE