IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00070-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JOSE REYES-DELGADO, | |
| Defendant. | |

The criminal charge brought by the Government went to trial on October 29, 2019. That charge was dismissed by motion by the Defense, a motion that was granted.

IT IS HEREBY ORDERED that the defendant shall be released forthwith, BUT ONLY AS TO THE CHARGE CURRENTLY BEFORE THIS COURT IN THE ABOVE INDICATED CASE NUMBER. Nothing the Court did on the record, nor is doing now, affects any other case, hold, or warrant. He is being released only on THE INSTANT CASE.

IT IS SO ORDERED.

Dated: **October 30, 2019**         /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE